| | | | |
|---|---|---|---|
| | AUSA: | Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | Raymond Nichols | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Shailesh Kantilal Patel

Case No.

Case: 2:20−mj−30516
Assigned To : Unassigned
Assign. Date : 12/10/2020
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____2007-2009 and October 21, 2020,____ in the county of _____Wayne_____ in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | Production of child pornography |
| 18 USC § 2252A(a)(5) | Possession of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Raymond C. Nichols, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 10, 2020__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Raymond C. Nichols, having been first duly sworn, do hereby depose and state as follows:

### I.  INTRODUCTION

1.      I have been employed as a Special Agent of the FBI since February of 2012. I am currently assigned to the FBI Detroit Division. As a Special Agent, I investigate federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I am currently assigned to the Southeast Michigan Trafficking and Exploitation Crimes Task Force (SEMTEC).  I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations. Before joining the FBI, I obtained a bachelor's degree in computer information systems and was employed as a network/server administrator for approximately nine years.

2.      This affidavit is made in support of an application for a criminal complaint and arrest warrant for **SHAILESH KANTILAL PATEL** (date of birth **/**/1967) for violating 18 U.S.C. § 2251(a) - production of child pornography, and 18 U.S.C. § 2252A(a)(5) - possession of child pornography.

3.     The statements contained in this affidavit are based in part on written reports from other law enforcement agents, independent investigation and analysis by law enforcement officers/analysts, and my experience, training and background as a Special Agent (SA) with the FBI. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to law enforcement concerning this investigation.  The facts set forth establish probable cause that **PATEL** has violated Title 18 U.S.C. § 2251(a) and 18 U.S.C. § 2252A(a)(5).

## II.  PROBABLE CAUSE

4.     On July 31, 2020, Minor Victim 1 (MV1), who is now a 20 year old adult was interviewed by the FBI regarding SHAILESH KANTILAL PATEL, a resident of Canton, Michigan.  During the interview, MV1 described a pattern of sexual abuse committed against her by PATEL, all of which happened in Canton, Michigan while MV1 was between the ages of approximately 5-12 years old.  The sexual abuse included touching, oral penetration, attempted vaginal penetration, and anal penetration.

5.     MV1 told investigators that when she was a child, SHAILESH PATEL's wife was a youth leader at her Temple.  MV1 and other children from Temple would often spend time at the PATEL residence.  It was at the PATEL house, located in Canton, Michigan that most of the sexual abuse occurred.

2

6.     The first instance of sexual abuse that MV1 could recall was when her family was at the PATEL house for a dinner party.  At some point during the party, MV1 and her brother were in SHAILESH PATEL's bedroom watching a movie. PATEL went into a walk-in closet and told MV1 to join him. While in the closet PATEL put MV1's hand on his penis, over his clothing.  PATEL asked MV1 what it was that she was touching, and she told him it was his "pee pee".  PATEL told MV1 that it was his "Jolly Rancher", which is a type of hard candy.

7.     MV1 recalled another incident where she and other children were at the PATEL residence.  SHAILESH PATEL called all the children into the basement to play games or watch a movie.  While the other children were busy, PATEL called her over to him, and while using a partial wall as cover, placed his genitals in her mouth.  MV1 believes she was approximately 8 years old at that time.

8.     MV1 spoke of several other incidents, again at the PATEL house, which included:

- SHAILESH PATEL attempting to anally penetrate her.  MV1 recalled the event as traumatic and painful.
- SHAILESH PATEL placing a blanket over MV1 while watching a movie and then inserting his finger into her vagina.
- SHAILESH PATEL attempting to ejaculate into MV1's mouth, however, she turned and spit it out.

3

9.      On another occasion MV1 was at a friend's house in Canton, Michigan.  SHAILESH PATEL was also at the house.  PATEL provided MV1 with his cellular telephone, which MV1 described as a touch screen smartphone. MV1 was instructed by PATEL to go to the bathroom and record herself masturbating and touching her breasts for him. MV1 created the video for PATEL using his phone and then gave the phone back to him. MV1 was between the ages of 7-9 years old when this happened.

10.      When MV1 was a child, she had talked with other children and based on those conversations believed the sexual abuse was normal.  MV1 was afraid that by coming forward to tell her story that her family would suffer because it would hurt their standing in the community.

11.      On September 11, 2020, I interviewed MV2, who is now a 23-year-old adult.  MV2 disclosed years of sexual abuse by SHAILESH PATEL including at his home in Canton, Michigan, in his car in Canton, Michigan, and at the Temple in Canton, Michigan.  MV2 told investigators that PATEL continues to grope and touch her inappropriately.

12.      When MV2 was a child, SHAILESH PATEL's wife was a youth leader at the Temple.  As a result, the PATEL's often had children at their home. MV2 spent a lot of time at the PATEL house in Canton, Michigan.  PATEL would sometimes drive the children to his ice cream shop and buy them ice cream.  At the

time SHAILESH PATEL owned a Dunkin' Donuts and Baskin Robbins.

13.     When MV2 was in the 7th grade, making her approximately 11-12 years old, she was in a car with SHAILESH PATEL and another child.  While in the car, PATEL was in the driver seat, MV2 sat beside him in the front passenger seat, and the other child sat in the back seat.  While driving, PATEL placed his hand down MV2's pants, and under her underwear.  PATEL then inserted his finger into her vagina. MV2 pulled away, and PATEL stopped.  Since that incident MV2 had made every effort to avoid PATEL, however, as her family still attends this Temple, it has been difficult.

14.     When MV2 had turned 16 years old, she was at the Temple when SHAILESH PATEL asked her, "if I bought you something would you take pictures?"  MV2 believed that SHAILESH PATEL was referring to purchasing MV2 underwear or lingerie and then having MV2 take photos of herself wearing it.

15.     MV2 described SHAILESH PATEL as "touchy".  MV2 stated that PATEL would grab her breasts and butt on a regular basis to include when at the Temple.  When asked when this activity stopped, MV2 indicated that it is still ongoing.

16.     MV2 was last touched by SHAILESH PATEL in approximately October of 2019.  While at the Temple, MV2 was working in the kitchen.  PATEL groped her breasts and butt.  MV2 told PATEL to stop, and he responded by

smiling at her in a way she described as "creepy".

17.     MV2 has always been troubled by the abuse suffered at the hands of
SHAILESH PATEL, however, was afraid to come forward.  MV2 was concerned
though about other women or children who may be or have been victims of
PATEL.

18.     On October 21, 2020, the Canton Police Department served a search
warrant signed by Judge Plakas of the 35th District Court, Wayne County,
Michigan at SHAILESH PATEL's residence, in Canton, Michigan.  I was present
during the execution of the warrant.  SHAILESH PATEL was not home at the
time.  PATEL's son called him, and PATEL left his place of employment and
came to the residence where he was interviewed by me and Detective Erik
Kaledas.

19.     SHAILESH PATEL was informed that a search warrant was being
executed on his residence, was given the reason for the search, and told that
investigators would like to speak to him.  PATEL was advised that he was not
under arrest and did not have to speak to us.  PATEL agreed to be interviewed.
PATEL indicated that two computer towers located in his bedroom belonged to
him, and that he had used them in the past to download adult pornography.  One of
those computers was later labeled as item 200022912.002 on Canton Police
Department's evidence log.

20.     SHAILESH PATEL admitted to sexually abusing MV1.  PATEL believed the abuse was roughly 10 years ago when MV1 was approximately 10 years old.  PATEL had touched her vaginal area with his fingers between 5-10 times on different occasions.  PATEL denied having engaged in any type of sexual intercourse with MV1 to include anal, oral, vaginal.  PATEL denied having instructed MV1 to take nude images of herself.

21.     When asked if SHAILESH PATEL had ever sexually abused any other children, he indicated that there may have been 2 or 3 more in addition to MV1.  PATEL admitted to sexual abuse of MV2 in a similar manner as he had done with MV1.  PATEL stated that he had touched MV2's vagina 2-3 times and indicated that it may have happened in his car on the way to Temple.

22.     On October 22, 2020, computer items, cellular telephones, and tablets seized by Canton Police Department during the search of SHAILESH PATEL's residence were turned over to me for forensic review. I began the forensic review on the same date, and it is still ongoing.

23.     On December 4, 2020, I located a video of investigative interest on the computer tower labeled as evidence item 200022912.002.  The video was approximately 39 seconds in duration and appeared to depict an 8-12 year old female with dark hair and glasses.  In the first 11 seconds of the video the child's face is visible for 1-2 seconds, the video then pans to the child's vaginal area,

which is nude and the focus of the video.  The video was found in a folder which included the name Asoftech.

24.     On December 4, 2020, I conducted research on the internet and was able to determine that Asoftech (asoftech.com) is a software company that markets several programs designed to recover images and videos and other computer files. On their website Asoftech describes their data recovery software as a "do-it-yourself" solution to recover deleted files including from an external storage device.

25.     On December 4, 2020, I analyzed data on evidence item 200022912.002 which indicated that Asoftech Data Recovery software was installed and/or utilized on February 10, 2014 and one of the files recovered was the video described in paragraph 23.  At this time, it is not known what specific device the video was originally created on nor when, only that it was created prior to February 10, 2014.

26.     On December 7, 2020, myself and Detective Erik Kaledas met with MV1 at her residence.  I displayed the first 11 seconds of the video described in paragraph 23 to MV1 who immediately told us that she was the child depicted in the video.  I asked MV1 how sure she was that the child was her.  MV1 told us that she was 100% sure and would testify to same in court.  MV1 stated that SHAILESH PATEL had told her to make the video and had given her similar

instructions on approximately 30 occasions.  The video[s] were created using his cellular telephone, and were created at either PATEL's residence in Canton, Michigan, or that of a friend of PATEL's, also in Canton, Michigan.  MV1 was not sure of the model of cellular telephone used by PATEL at the time but described it as a touchscreen smartphone.

27.    In addition to MV1 and MV2, law enforcement is aware of at least 3 other potential victims of SHAILESH PATEL.  All those victims are now adults, two disclosed abuse at the hands of Patel when they were children and the interview of the third victim is pending.

### III.  CONCLUSION

28.    Probable cause exists that SHAILESH KANTILAL PATEL violated 18 U.S.C. § 2251(a) - production of child pornography, and 18 U.S.C. § 2252A(a)(5) - possession of child pornography.

Respectfully submitted,

Raymond C. Nichols, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:  December 10, 2020